Electronically Filed
Intermediate Court of Appeals
CAAP-16-0000382
22-SEP-2017
08:57 AM

NO. CAAP-16-0000382

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA,
a Connecticut corporation, Plaintiff-Appellant,
v.
HAWAIIAN VILLAGE VACATION SUITES OWNERS ASSOCIATION INC.,
by its Board of Directors, and MARK BARRA,
Defendants-Appellees

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 16-1-0034)

ORDER APPROVING STIPULATION TO DISMISS APPEAL
(By: Leonard, Presiding Judge, Reifurth and Ginoza, JJ.)

Upon consideration of the "Stipulation for Dismissal With Prejudice Pursuant to Rule 42(b) of the Hawai'i Rules of Appellate Procedure," filed September 18, 2017, by Plaintiff/Appellant Travelers Casualty and Surety Company of America, the papers in support, and the record, it appears that (1) the appeal was docketed on May 14, 2016; (2) pursuant to Hawai'i Rules of Appellate Procedure Rule 42(b), the parties stipulate to dismiss the appeal and bear their own attorneys' fees and costs; and (3) the stipulation is dated and signed by counsel for all parties appearing in the appeal.

Therefore, IT IS HEREBY ORDERED that the stipulation to dismiss the appeal is approved, and the appeal is dismissed with prejudice.  The parties shall bear their own attorneys' fees and costs.

DATED:  Honolulu, Hawai'i, September 22, 2017.

Presiding Judge

Associate Judge

Associate Judge